UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL MEDIATION BOARD,<br>Read Van de Water, Chairman, et al.,<br><br>Defendants. | Civil No. 05-2194-JDB |

**NOTICE OF APPEARANCE AND LOCAL RULE 83.2 CERTIFICATION**

PLEASE TAKE NOTICE that Peter T. Wechsler, United States Department of Justice, hereby enters his appearance as counsel of record for defendants the National Mediation Board and the members of the Board in their official capacities. The clerk and all parties are requested to make service of all papers as follows:

For regular mailing:

Peter T. Wechsler
Unites States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Benjamin Franklin Station
Washington, DC 20044

For hand delivery:

Peter T. Wechsler
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW, Room 7216
Washington, DC 20530
Telephone: (202) 514-2705
Facsimile: (202) 616-8470
Email: Peter.Wechsler@usdoj.gov.

The undersigned counsel hereby certifies pursuant to Local Rule 83.2(j) that he is personally familiar with the Local Rules of this Court.

Dated: December 9, 2005

Respectfully Submitted:

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

THEODORE C. HIRT
Assistant Branch Director

*Peter T. Wechsler*
Peter T. Wechsler (MA Bar)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Fax: (202) 616-8470
Email: peter.wechsler@usdoj.gov
Attorneys for the National Mediation Board

OF COUNSEL:

Mary L. Johnson
General Counsel
National Mediation Board
1301 K Street, N.W.
Washington, DC 20530

### CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2005, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

*Peter T. Wechsler*
Peter T. Wechsler