UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYEES, ) ) ) Plaintiff, ) ) v. ) ) NATIONAL MEDIATION BOARD, ) Read Van de Water, Chairman, et al., ) ) Defendants. ) | Civil No. 05-2194-JDB |

### DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Defendants move to dismiss the Complaint, in its entirety, with prejudice for lack of subject-matter jurisdiction and failure to state a claim.

Dated: January 10, 2006

Respectfully Submitted:

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
United States Attorney

THEODORE C. HIRT
Assistant Branch Director

   /s
Peter T. Wechsler (MA Bar)
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, D.C. 20530
Tel.: (202) 514-2705
Email: peter.wechsler@usdoj.gov

OF COUNSEL:

Mary L. Johnson
General Counsel
National Mediation Board
1301 K Street, N.W.
Washington, DC 20005