# ATTACHMENT 12



# Fax Transmission

**Date:** August 31, 2000

**TO:** **Mac A. Fleming, President, BMWE**
**Jed Dodd, BMWE**
**Perry Geller, BMWE**
**Stuart Hulburt, BMWE**
**Ray Ash, BMWE**
**Hayward Granier, BMWE**
**William Glissen, BMWE**
**Joseph M. Bress, Vice President, AMTRAK**
**Richard F. Palmer, Director, Labor Relations, AMTRAK**

**Fax Number:** (248)948-7150, (215)569-0676, (270) 247-0453, (202)906-3783, (215)349-1260

**FROM:** **Stephen E. Crable**
**Chief of Staff**

**Sent By:** Eric Weems
Mediation Coordinator

**Phone Number:** 202-692-5030

**Fax Number:** 202-692-5084

**Subject:** **NMB Case No. A-13080, AMTRAK & BMWE**

MEDIATOR PARMELEE WILL BE AT THE CARRIER'S OFFICES IN PHILADELPHIA, PA, AT 10:00 A.M., ON TUESDAY, SEPTEMBER 12 AND WEDNESDAY, SEPTEMBER 13, 2000 TO CONTINUE MEDIATION MEETINGS

cc:    Les Parmelee, Mediator
Fred Leif, Mediator

# ATTACHMENT 13



# Fax Transmission

**Date:**    May 7, 2001

**TO:**    **Mac A. Fleming, President, BMWE**
**Jed Dodd, BMWE**
**Perry Geller, BMWE**
**Stuart Hulburt, BMWE**
**Ray Ash, BMWE**
**Hayward Granier, BMWE**
**William Glissen, BMWE**
**Joseph M. Bress, Vice President, Labor Relations, AMTRAK**
**Richard F. Palmer, Director, Labor Relations, AMTRAK**

**Fax Number:**    (248)948-7150, (215)569-0676, (270) 247-0453, (202)906-3783,
(215)349-1260

**FROM:**    **Stephen E. Crable**
**Chief of Staff**

**Sent By:**    Eric Weems
Mediation Coordinator

**Phone Number:**    202-692-5030

**Fax Number:**    202-692-5084

**Subject:**    **NMB Case No. A-13080, AMTRAK & BMWE**


MEDIATOR LES PARMELEE WILL BE AT THE CARRIER'S OFFICES IN
PHILADELPHIA, PA, AT 10:00 A.M., ON MONDAY, JUNE 4 THROUGH TUESDAY,
JUNE 5, 2001, TO RESUME MEDIATION MEETINGS IN THE ABOVE MATTER.


cc:    Les Parmelee, Mediator
Fred Leif, Mediator

# ATTACHMENT 14



# Fax Transmission

**Date:** July 2, 2001

**TO:** **Mac A. Fleming, President, BMWE**
**Jed Dodd, BMWE**
**Perry Geller, BMWE**
**Stuart Hulburt, BMWE**
**Ray Ash, BMWE**
**Hayward Granier, BMWE**
**William Glissen, BMWE**
**Joseph M. Bress, Vice President, Labor Relations, AMTRAK**
**Richard F. Palmer, Director, Labor Relations, AMTRAK**

**Fax Number:** (248)948-7150, (215)569-0676, (270) 247-0453, (202)906-3783, (215)349-1260

**FROM:** **Stephen E. Crable**
**Chief of Staff**

**Sent By:** Eric Weems
Mediation Coordinator

**Phone Number:** 202-692-5030

**Fax Number:** 202-692-5084

**Subject:** **NMB Case No. A-13080, AMTRAK & BMWE**

MEDIATION MEETINGS SCHEDULED FOR JULY 10 AND 11, 2001, HAVE BEEN RESCHEDULED AS FOLLOWS:

MEDIATOR LES PARMELEE WILL BE AT THE CARRIER'S OFFICES IN PHILADELPHIA, PA, AT 10:00 A.M., ON **MONDAY, AUGUST 27 THROUGH TUESDAY, AUGUST 28, 2001,** TO RESUME MEDIATION MEETINGS.

cc:   Les Parmelee, Mediator
Fred Leif, Mediator

# ATTACHMENT 15



# Fax Transmission

**Date:** March 11, 2003

**TO:** **Mac A. Fleming, President, BMWE**
**Jed Dodd, BMWE**
**Perry Geller, BMWE**
**Stuart Hulburt, BMWE**
**Ray Ash, BMWE**
**Hayward Granier, BMWE**
**William Glissen, BMWE**
**Joseph Bress, V. P., Labor Relations, AMTRAK**
**Richard Palmer, Dir., Labor Relations, AMTRAK**

**Fax Number:** (248)948-7150, (215)569-0676, (270) 247-0453,
(202)906-3783, (215)349-1260

**FROM:** **Benetta Mansfield**
**Chief of Staff**

**Sent By:** Eric Weems
Mediation Coordinator

**Phone Number:** 202-692-5030

**Fax Number:** 202-692-5084

**Subject:** **NMB Case No. A-13080, AMTRAK & BMWE**


SENIOR MEDIATOR LES PARMELEE WILL BE AT THE CARRIER'S OFFICES AT 30TH STREET STATION, IN PHILADELPHIA, PA, AT 10:00 A.M., ON THURSDAY, APRIL 10 THROUGH FRIDAY, APRIL 11, 2003, TO RESUME MEDIATION MEETINGS.

IN ADDITION, MEDIATOR PARMELEE WILL BE AT THE ABOVE LOCATION AT 10:00 A.M., ON THURSDAY, MAY 1 THROUGH FRIDAY, MAY 2, 2003, TO CONTINUE MEDIATION MEETINGS.


cc:   Les Parmelee, Senior Mediator

# ATTACHMENT 16



# Fax Transmission

**Date:** June 5, 2003

**TO:** **Mac Fleming, President, BMWE**
**Jed Dodd, BMWE**
**Don Griffin, BMWE**
**Stuart Hulburt, BMWE**
**Joseph Bress, Amtrak**
**Richard Palmer, Amtrak**

**Fax Number:** (248) 948-7150, (215)569-0676, (202) 737-3085, (508) 698-6850, (202)906-3783

**FROM:** **Benetta M. Mansfield**
**Chief of Staff**

**Sent By:** Eric Weems
Mediation Coordinator

**Phone Number:** 202-692-5030

**Fax Number:** 202-692-5084

**Subject:** **NMB Case No. A-13080, Amtrak & BMWE**


SENIOR MEDIATOR LES PARMELEE WILL BE AT THE CARRIER'S OFFICES IN PHILADELPHIA, PA, AT 10:00 A.M., ON WEDNESDAY, JULY 2, 2003, TO RESUME MEDIATION MEETINGS.


cc:    Les Parmelee, Senior Mediator

# ATTACHMENT 17



Mac A. Fleming
*President*

Freddie N. Simpson
*Secretary-Treasurer*

# Brotherhood of Maintenance of Way Employes
*Affiliated with the A.F.L.-C.I.O. and C.L.C.*



July 8, 2003

<u>via hand delivery</u>

Benetta M. Mansfield, Chief of Staff
National Mediation Board
1301 K Street, N.W., Suite 250 East
Washington, D.C. 20572

Re:    <u>Mediation Case No. A-13080 (BMWE and Amtrak)</u>

Dear Ms. Mansfield:

The Brotherhood of Maintenance of Way Employes ("BMWE") and the National Railroad Passenger Corporation ("Amtrak") have been unable to reach an amicable settlement of BMWE's Section 6 Notice of November 1, 1999 and Amtrak's Section 6 Notice of June 12, 2000. Accordingly, the BMWE respectfully requests the Board to seek to induce the parties to submit their controversy to arbitration as provided in Section 5 First (b) of the Railway Labor Act. It is very clear to us that additional bargaining with Amtrak, with or without the Board's assistance, will not result in a voluntary settlement of this controversy.

BMWE administers two contracts with Amtrak governing the rates of pay, rules and working conditions applicable to its maintenance of way employees. One agreement applies to Amtrak's Northeast Corridor operations, the other to the rest of Amtrak's operations nationwide. Both of these agreement were amendable effective January 1, 2000. BMWE promptly served Section 6 Notices to amend these agreements on November 1, 1999, to become effective January 1, 2000. Amtrak's response was dilatory from the start, as it did not serve Section 6 Notices on BMWE until June 12, 2000, over two months after the Board assumed jurisdiction of this controversy. Since April 7, 2000, the parties have engaged in mediated bargaining on 19 different occasions.[1]

---

[1]The parties met in mediation on May 12, 2000 June 13 and 14, 2000, June 27, 2000, August 22 and 23, 2000, September 12 and 13, 2000, June 4 and 5, 2001, July 10 and 11, 2001, August 27 and 28, 2001, April 10 and 11, 2003, May 2, 2003 and July 2, 2003. Over our strenuous objections the NMB suspended mediation from August 2001 until April 2003.

President's Dept.
FAX 248-948-7150

26555 Evergreen Road, Suite 200
Southfield, MI 48076-4225
Telephone 248-946-1010

Secretary-Treasurer's Dept.
FAX 248-948-9140

Ms. Benetta Mansfield                                                                 Page 2
Re: Mediation Case No. A-13080
July 8, 2003

     BMWE presented Amtrak with a series of proposals for settlement on August 22, 2000, August 27, 2001 and July 2, 2003. Each proposal represented a reduction of issues and demands. Our last and final proposal presented on July 2, 2003, was patterned on the May 31, 2001 BMWE National Freight Agreement with the National Carriers' Conference Committee ("NCCC").[2] The BMWE-NCCC Agreement features modest wage increases, meaningful employee contributions to health insurance coverage and no work rules changes whatsoever. That Agreement was used as a template for the arbitrated settlement of the NCCC-Transportation•Communications International Union ("TCU") dispute by Arbitrator Robert O. Harris earlier this year and our Agreement and its companion, the Harris Award, were adopted by the Brotherhood of Railroad Signalmen ("BRS") and the NCCC in their tentative agreement signed last week. In other words, our July 2, 2003 proposal was based solidly on the "pattern" established between the various rail labor organizations and the other Class I carriers.[3] Our July 2, 2003 proposal was rejected out of hand by Amtrak. Amtrak's response must be contrasted with developments in the Boston, Massachusetts area on territory formerly operated by Amtrak. On July 1, 2003, Amtrak was replaced as operator of the commuter rail operations in Boston by the Massachusetts Bay Commuter Rail Corporation ("MBCR"). As part of that transition, MBCR made agreements with all the involved unions, including the BMWE, that provided wage increases of 20% over a five year term (including an immediate 5% pay increase coupled with a $1000 per person signing bonus), no employee contributions to health insurance and adoption of the Amtrak work rules with no changes. It is evident from the foregoing that our last proposal was firmly within the "mainstream" of recent contract settlements in the railroad industry.

     Amtrak presented an initial proposal for settlement on August 27, 2001 which was substantially modified through the addition of a plethora of work rule demands presented on April 10, 2003. At the July 2, 2003 meeting, Amtrak further amended the proposal to indicate that the wage package now consisted of the following elements:[4]

1.     no retroactive wage increases whatsoever;

2.     a roll in of only $0.25/ hour of the so-called "Harris COLA" to basic wage rates effective June 30, 2002, (the current Harris COLA payment is $0.75/hour);

3.     a 2% general wage increase on the effective date of the agreement; and

4.     a 2% general wage increase, effective July 1, 2004.

---

[2] A copy of our July 2, 2003 proposal is Attachment A.

[3] The TCU-NCCC agreement and BRS-NCCC tentative agreement are Attachment B.

[4] Amtrak's final proposal, as explained to us on July 2, 2003, is Attachment C.

Ms. Benetta Mansfield                                                    Page 3
Re: Mediation Case No. A-13080
July 8, 2003


Under Amtrak's proposal, an employee who earned $18.00/hour on January 1, 2000, would earn $18.99/hour on July 1, 2004 (that employee currently earns $18.75/hour under the Harris COLA adjustments currently applicable to pay rates). Additionally, Amtrak proposes health insurance cost sharing by the employees of 15% of the cost of insurance. Presently, that amount is about $100/month. Therefore, Amtrak's final proposal would result in our sample employee's net wages being reduced $57.76/month below what he or she currently earns. This reduction in real wages does not even put a value on the myriad of work rules changes that Amtrak also seeks in its final proposal.

The work rule demands themselves are being presented by Amtrak in bad faith. Amtrak has refused to provide any information pertaining to the value of the work rule concessions that they are seeking. Indeed, their chief spokesperson at the bargaining table has characterized such an attempt as "an exercise in futility." Many of the work rule concessions that Amtrak now seeksg were bargained away by its negotiators in prior rounds as part of a quid pro quo. Moreover, as Amtrak knows, no recent agreement in the rail industry included work rules changes, certainly none that are as draconian and sweeping as Amtrak's final proposal.

Finally, Amtrak's intransigence makes no sense given Congress' proposed treatment of the carrier. For the first time in many years, members of Congress in both parties acknowledge the need for Amtrak and the need to fund Amtrak's operations and capital needs at a level that will permit it to improve service. Throughout that discussion on Amtrak's future, there has been little or no call from Congress that Amtrak should negotiate wholesale changes in the work rules applicable to its employees as a condition for future appropriations. This is so because Amtrak's work rules with the BMWE fit squarely within the "mainstream" of work rules on Class I freight railroads and other heavy commuter rail operations. Put simply, Amtrak's entire proposal which couples wage cuts with work rules concessions is in bad faith. There is no possible basis for an amicable voluntary settlement of this controversy. The BMWE respectfully requests the Board to proffer arbitration to the parties.

Ms. Benetta Mansfield                                      Page 4
Re: Mediation Case No. A-13080
July 8, 2003


        Please contact me or my designee, Director of Strategic Coordination and Research,
Donald Griffin, if you have any questions regarding this request.  Thank you.

                            Respectfully submitted,


                            Acting President


attachments

cc:     L. Below
        J. Dodd
        H. Granier
        S. Hurlburt
        J. Knight
        B. Winter
        P. Geller
        D. Griffin

# ATTACHMENT 18



# NATIONAL MEDIATION BOARD
WASHINGTON, D.C. 20572

July 11, 2003

(202) 692-5000

**VIA FACSIMILE & U.S. MAIL**

Mr. Joseph M. Bress
Vice President, Labor Relations
National Railroad Passenger Corporation
60 Massachusetts Avenue, NE
Washington, DC 20002

> **RE:** **NMB Case Number A-13080**
> **National Railroad Passenger Corp. (Amtrak) & BMWE**

Dear Mr. Bress:

Enclosed is a copy of a July 8, 2003 letter from the Brotherhood of Maintenance of Way Employes, requesting a proffer in the above matter.

This letter will acknowledge receipt of the Organization's letter and request comments from the Carrier on or before <u>July 25, 2003</u>. The Carrier is also requested to provide the Organization with a copy of its comments.

Sincerely,

*Benetta M. Mansfield*
Benetta M. Mansfield
Chief of Staff

BMM/ew

Enclosure

cc:    Richard Palmer, Amtrak
       Freddie Simpson, BMWE
       Jed Dodd, BMWE
       Don Griffin, BMWE
       Stuart Hulburt, BMWE
       Board Members, NMB
       Les Parmelee, Senior Mediator

# ATTACHMENT 19



Joseph M Bress
Vice President, Labor Relations

July 22, 2003

Ms. Benetta M. Mansfield
Chief of Staff
National Mediation Board
Suite 250 East
1301 K Street, N.W.
Washington, DC 20572

NMB  AUG01'03 AM 9:38

Re:   NMB Case Number A-13080
      National Railroad Passenger Corporation (Amtrak) & BMWE

Dear Ms. Mansfield:

This is in response to your July 11, 2003, letter regarding the request from Brotherhood of Maintenance of Way Employes' Acting President Freddie N. Simpson that the organization be released from Mediation.

Amtrak does not believe that a release is appropriate. As the Board is aware, just one year ago, Amtrak was forced to borrow $100 million from the Department of Transportation and also received an appropriation of approximately $205 million to meet its financial obligations in Fiscal Year 2002 and avoid running out of cash. Amtrak faced a shut down of operations because of its financial condition, a shut down that was narrowly averted by the emergency appropriation by Congress and DOT loans. In the current Fiscal Year 2003, Amtrak requested a Federal appropriation of $1.2 billion . We received less - $1.043 billion. In addition to the need to control costs to operate within the reduced funding level, the legislation imposed a statutory requirement that Amtrak seek the cooperation of all its employees in achieving substantial operating cost reductions.

During the course of these negotiations, the BMWE has presented various proposals, each of which would result in substantially greater operating costs for Amtrak. However, the organization has steadfastly refused to negotiate over necessary work rule changes that would increase productivity and facilitate our efforts to control operating costs. Their only basis for refusal to negotiate on these issues is that no recent agreement in the rail industry included work rules efficiencies. However, the Board, as well as the

Ms. Benetta M. Mansfield
July 22, 2003
Page 2



BMWE, is well aware of the recent productivity agreements negotiated in the transportation industry consistent with the financial condition of a number of passenger carriers.

The organization's refusal to negotiate over work rule proposals necessary to enable Amtrak to control operating costs cannot serve as a basis for a request to be released from mediation. Rather, we believe the Board should require the organization to begin serious discussion of these issues so that the parties can reach a mutually beneficial settlement, as Amtrak is prepared to do.

Very truly yours,

Joseph M. Bress
*Vice President-Labor Relations*

cc:    Freddie N. Simpson

# ATTACHMENT 20

# NATIONAL MEDIATION BOARD
WASHINGTON, D.C. 20572

October 1, 2003

(202) 692-5000

**Via Facsimile and U.S. Mail**

Mr. Joseph M. Bress
Vice President Labor Relations
National Railroad Passenger Corp. (Amtrak)
60 Massachusetts Avenue, NE
Washington, DC 20002

Mr. Freddie N. Simpson
Acting President
Brotherhood of Maintenance of Way Employes
26555 Evergreen Road, Suite 200
Southfield, MI 48076

### RE:    NMB Case No. A-13080, Amtrak & BMWE

Gentlemen:

After considering the Union's July 8, 2003 request for a proffer and the Carrier's July 22, 2003 response, the Board, in consultation with Senior Mediator Parmelee, has determined that it has not exhausted its best efforts to assist the parties in reaching an agreement.

Accordingly, the request for a proffer is denied at this time. Mediator Parmelee will contact the parties to consider appropriate next steps.

Sincerely,

Benetta M. Mansfield
Chief of Staff

cc:    Richard Palmer, Amtrak
Jed Dodd, BMWE
Don Griffin, BMWE
Stuart Hulburt, BMWE
Board Members, NMB
Les Parmelee, NMB

# ATTACHMENT 21



# Fax Transmission

**Date:** April 28, 2004

**TO:** **Mac Fleming, President, BMWE**
**Jed Dodd, BMWE**
**Don Griffin, BMWE**
**Stuart Hulburt, BMWE**
**Joseph Bress, Amtrak**
**Richard Palmer, Amtrak**

**Fax Number:** (248) 948-7150, (215)569-0676, (202) 737-3085,
(508) 698-6850, (202)906-3783

**FROM:** **Lawrence E. Gibbons**
**Deputy Chief of Staff**

**Sent By:** Eric Weems
Mediation Coordinator

**Phone Number:** 202-692-5030

**Fax Number:** 202-692-5084

**Subject:** **NMB Case No. A-13080, Amtrak & BMWE**


BOARD CHAIRMAN EDWARD FITZMAURICE AND SENIOR MEDIATOR LES
PARMELEE WILL BE AT THE CARRIER'S OFFICES IN PHILADELPHIA, PA,
AT 10:00 A.M., ON FRIDAY, MAY 7, 2004, TO CONTINUE MEDIATION
MEETINGS.


cc:   Edward Fitzmaurice, Board Chairman
Les Parmelee, Senior Mediator

# ATTACHMENT 22

03/29/2005    14:55    BMWE ... H OFFICE 2026382135 → 2026925082    NO.196    P002



# Brotherhood of Maintenance of Way Employes Division
### of the International Brotherhood of Teamsters

Freddie N. Simpson
*President*

Perry K. Geller, Sr.
*Secretary-Treasurer*

March 29, 2005

**via fax**

Hon. Harry Hoglander, Chairman
National Mediation Board
1301 K Street, N.W., Suite 250 East
Washington, D.C. 20572

Re: NMB Case No. A-13080

Dear Chairman Hoglander:

Almost two years ago, the Board received a request from us to proffer arbitration as provided in Section 5 First(b) of the Railway Labor Act to settle the above dispute. Today, the Brotherhood of Maintenance of Way Employes Division, IBT repeats that request.

Our letter of July 8, 2003 requesting the Board's proffer of arbitration detailed the parties' bargaining history and competing bargaining positions. Very little has changed since we last wrote to the Board. The parties attempted one further negotiation session on May 7, 2004, which was attended by Board Member Ed Fitzmaurice, as well as Mediator Les Parmelee. As you are well aware, the parties made no progress at that meeting and have conducted no further negotiations since. In our opinion, further face to face bargaining under the Board's mediatory authority would be pointless.

The only apparent substantive change in Amtrak's position since 2003 was its offer of a modified version of the agreement it negotiated with the Transportation·Communications International Union (TCU) in late 2003. While Amtrak may claim this agreement sets a "pattern," that claim is, at best, disingenuous. The TCU agreement has been rejected by the rank and file of two unions, the American Train Dispatchers' Association and TCU-ARASA, in ratification votes. The involved

10 G Street, N.E., Suite 460
Washington, DC 20002
Telephone 202.638.2135    Facsimile 202.737.3085
www.bmwe.org



03/29/2005    14:55    BMWE WASH OFFICE 2026382135 → 2026925082    NO.196    P003

Hon. Harry Hoglander
Re:  NMB Case No. A-13080
Page 2 of 2

BMWED Federations have communicated the details of the TCU
agreement, the failed ATDA and ARASA agreements, and Amtrak's
May 7, 2004 proposal to their respective memberships and the
BMWED rank and file have indicated an overwhelming disapproval
of those agreements.  Simply put, the parties are at a clear
impasse and the Board's mediatory efforts have been
unsuccessful.

We served our initial Section 6 notices upon Amtrak over
five years ago.  No meaningful bargaining has occurred in almost
two years.  Whatever discretion that may reside in the Board to
continue mediation for long periods clearly has a limit.  We
submit that limit was reached in 2003 and a continuation of this
collective bargaining "limbo" is contrary to one of the purposes
of the Railway Labor Act, i.e., "the prompt and orderly
settlement of all disputes concerning rates of pay, rules, or
working conditions."  The BMWED respectfully requests the Board
to proffer arbitration to the parties pursuant to Section 5
First(b) because its efforts to bring the parties to an amicable
settlement through mediation have been unsuccessful.

Please contact me or Donald Griffin, BMWED's Director of
Strategic Coordination & Research, if you have any questions
regarding this request.

Very truly yours,

President

cc:  Amtrak General Chairmen
     H. Wise
     R. Wehrli
     J. R. Cook
     P. K. Geller
     D. F. Griffin

# ATTACHMENT 23



# NATIONAL MEDIATION BOARD
WASHINGTON, D.C. 20572

March 29, 2005

(202) 692-5000

**VIA FACSIMILE & U.S. MAIL**

Mr. Joseph M. Bress
Vice President, Labor Relations
National Railroad Passenger Corp. (Amtrak)
60 Massachusetts Avenue, NE
Washington, DC 20002

RE:    NMB Case Number A-13080, *Amtrak & BMWE*

Dear Mr. Bress:

Enclosed is a copy of a March 29, 2005 letter from the **Brotherhood of Maintenance of Way Employes** (Organization) requesting a proffer in the above matter.

This letter will acknowledge receipt of the Organization's letter and request comments from **Amtrak** (Carrier) on or before **Tuesday, April 12, 2005**. The Carrier is also requested to provide the Organization with a copy of its comments.

Sincerely,

Lawrence E. Gibbons
Director, Office of Mediation Services

LEG/ew

Enclosure

cc:    Freddie Simpson, BMWE
       Perry Geller, BMWE
       Don Griffin, BMWE
       Richard Palmer, Amtrak
       Board Members, NMB
       Les Parmelee, NMB
       Fred Leif, NMB

# ATTACHMENT 24

NATIONAL RAILROAD PASSENGER CORPORATION
60 Massachusetts Avenue, NE, Washington, DC 20002
tel 202 906.2293   fax 202 906.3783



Joseph M. Bress
Vice President, Labor Relations

## VIA FAX & US MAIL

April 11, 2005

Mr. Lawrence E. Gibbons
Director, Office of Mediation Services
National Mediation Board
Suite 250 East
1301 K Street, N.W.
Washington, DC  20572

Re:  **NMB Case Number A-13080**
     **National Railroad Passenger Corporation (Amtrak) & BMWE**

Dear Mr. Gibbons:

This is in response to your March 29, 2005, letter regarding the request from Brotherhood of Maintenance of Way Employes' President Freddie N. Simpson that the organization be released from Mediation.

Amtrak's position is that a release is not appropriate.  Throughout our negotiations with this organization, Amtrak has provided a number of proposals on a variety of benefit and work rule issues, virtually all of which have been summarily rejected.

At our last mediation session in May 2004, we explained that the adoption of the BMWE National Settlement on Amtrak, as the organization seeks, would place their wage rates substantially behind other crafts, upsetting compensation structures and exacerbating recruiting and retention problems in the craft.  We provided a comprehensive settlement proposal at that time, patterned on the wage and benefit provisions of contract settlements reached on Amtrak covering approximately one-third of the work force.  The work rule provisions in this latest proposal were substantially modified in an effort to reach a settlement.  Despite these efforts, our proposal was summarily rejected.  The fact is the BMWE has yet to provide any response or engage in any meaningful dialog to this day, other than rejection, to meet Amtrak's need to improve productivity, control costs and operate more efficiently within an environment of greater scrutiny and difficult funding and revenue receipt.



Mr. Lawrence E. Gibbons
Page 2
April 11, 2005

Amtrak recognizes that reaching a negotiated settlement is made more difficult in light of Amtrak's uncertain financial status. Amtrak's reduced funding level for Fiscal Year 2005, coupled with repayment of the United States Department of Transportation (DOT) loan, has severely limited our financial resources this year. Additionally, the current zero funding proposal for Fiscal Year 2006 is clearly not helpful to reaching negotiated settlements. In the context of these fiscal realities, the refusal of the Brotherhood of Maintenance of Way Employes to engage in meaningful negotiations does not serve as a basis for its request to be released from mediation. The Brotherhood of Maintenance of Way Employes cannot be rewarded with a release for its failure to negotiate during the entire span of these negotiations.

Finally, the Administration, through the United States Department of Transportation, and the Amtrak Board are each developing reform proposals for the future of the company. It is more than clear that work rule changes and productivity improvements are more important than ever now. BMWE should be working collaboratively at the negotiating table to address Amtrak's future. To release it from negotiation now undercuts rather than advances the negotiation process.

Under these circumstances, we believe that a release from mediation cannot be justified. It would be appropriate to resume mediation efforts in this case should the organization demonstrate its willingness to engage in meaningful negotiations.

Very truly yours,

Joseph M. Bress
Vice President-Labor Relations

cc:     Freddie N. Simpson