UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BROTHERHOOD OF MAINTENANCE OF WAY EMPLOYES, DIVISION, IBT<br><br>Plaintiff,<br><br>NATIONAL MEDIATION BOARD ET AL.<br>Defendants. | )<br>)<br>)<br>)<br>)   Case No. 05-2194-JDB<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH
TO RESPOND TO MOTION FOR DISMISSAL**

Plaintiff, the Brotherhood of Maintenance of Way Employes Division IBT ("BMWED") hereby moves the Court for three week extension of its time to respond to the motion for dismissal filed by Defendants, the National Mediation Board and the members of the Board, to and including February 13, 2006. In support of this motion, BMWED states that the extension is necessary because of other commitments and other litigation commitments of its counsel, Richard S. Edelman.

Defendants filed their motion on January 10, 2006. At that time the wife of BMWED's counsel was in the hospital recovering from major gastrointestinal surgery; she was released on January 12, 2006, but Mr. Edelman has been at home with her until the date of this motion. Mr. Edelman was not even aware that the motion had been filed until several says after January 10, and did not read the motion and supporting papers until a January 16, 2005. Mr. Edelman's wife will be unable to drive until January 31; and Mr. Edelman anticipates that he will be needed to assist her and their daughter through at least January 34, so he will have reduced time to devote to work over the next several weeks. Additionally, Mr. Edelman will be required to work on a brief for the Court of Appeals for the Tenth Circuit in *Brotherhood of Maintenance of Way*

*Employes Division/IBT v. Union Pacific R.R.* (10th Cir. 05-1511) that is due on January 25, 2006; that case is on an expedited briefing schedule. BMWED therefore submits that it will not be possible for its counsel to adequately respond to the motion to dismiss in this case before February 13, 2006.

Counsel for BMWED has discussed this matter with counsel for the Defendants who has authorized BMWED's counsel to state that the Defendants do not object to this motion.

For the foregoing reasons, plaintiff respectfully requests that this motion be granted, and that its time to respond to the motion for dismissal be extended to and including February 13, 2006.

Respectfully submitted,

_____/s/_____
Richard S. Edelman

| | |
|---|---|
| Of Counsel: | D.C. Bar No. 416348 |
| William A. Bon, Esq. | O'Donnell, Schwartz & Anderson, P.C. |
| General Counsel | 1900 L Street, N.W., #800 |
| Brotherhood of Maintenance | Washington, DC 20036 |
| of Way Employes | (202) 898-1824 |
| 20300 Civic Center Dr. Suite 320 | fax (202)-429-8928 |
| Southfield, MI 48076-4169 | |
| (248) 948-1010 | |

Counsel for the Brotherhood of Maintenance of Way Employes Division/IBT

January 18, 2006