UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
BROTHERHOOD OF MAINTENANCE          )
OF WAY EMPLOYES, DIVISION, IBT      )
                                    )
      Plaintiff,                    )
                                    )  Case No. 05-2194-JDB
                                    )
NATIONAL MEDIATION BOARD            )
ET AL.                              )
      Defendants.                   )
_____)

**UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME IN WHICH
TO RESPOND TO MOTION FOR DISMISSAL**

    Plaintiff, the Brotherhood of Maintenance of Way Employes Division IBT ("BMWED") respectfully hereby moves the Court for a second extension of its time to respond to the motion for dismissal filed by Defendants, the National Mediation Board and the members of the Board, to and including March 15, 2006.

    BMWED requests this extension because it has had discussions regarding this matter with the NMB and expects to continue discussions. It may be that the matter could be resolved without continued litigation. BMWED believes that it should become clear within several weeks whether it will be necessary for the Union to pursue the issues raised here. Counsel for BMWED has discussed this matter with counsel for the Defendants who has authorized BMWED's counsel to state that the Defendants do not object to this motion.

    For the foregoing reasons, plaintiff respectfully requests that this motion be granted, and that its time to respond to the motion for dismissal be extended to and including March 15, 2006.

                              Respectfully submitted,

|  |  |
|---|---|
| Of Counsel: | /s/<br>Richard S. Edelman<br>D.C. Bar No. 416348 |
| William A. Bon, Esq.<br>General Counsel<br>Brotherhood of Maintenance<br>of Way Employes<br>20300 Civic Center Dr. Suite 320<br>Southfield, MI 48076-4169<br>(248) 948-1010 | O'Donnell, Schwartz & Anderson, P.C.<br>1900 L Street, N.W., #800<br>Washington, DC 20036<br>(202) 898-1824<br>fax (202)-429-8928 |

        Counsel for the Brotherhood of Maintenance of Way Employes Division/IBT

February 3, 2006