UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BROTHERHOOD OF MAINTENANCE )
OF WAY EMPLOYES, DIVISION, IBT )
                                             )
        Plaintiff, )
                                             )    Case No. 05-2194-JDB
NATIONAL MEDIATION BOARD )
ET AL. )
        Defendants. )
                                             )

**VOLUNTARY DISMISSAL PURSUANT TO
FEDERAL RULE 41(a)(1)(i)**

Plaintiff, Brotherhood of Maintenance of Way Employes Division/IBT ("BMWED") hereby voluntarily dismisses the complaint it filed in this case pursuant to Fed. R. Civ. P. 41(a)(1)(i). No answer or motion for summary judgment was filed in this case by the defendants, so voluntary dismissal without prejudice by notice under Rule 41(a)(1)(i) is appropriate.

                                                                                    Respectfully submitted,

                                                                                    _____/s/_____

                                                                                    Richard S. Edelman

Of Counsel:                                     D.C. Bar No. 416348
William A. Bon, Esq.              O'Donnell, Schwartz & Anderson, P.C.
General Counsel                        1900 L Street, N.W., #800
Brotherhood of Maintenance     Washington, DC 20036
of Way Employes                      (202) 898-1824
20300 Civic Center Dr. Suite 320   fax (202)-429-8928
Southfield, MI 48076-4169
(248) 948-1010

        Counsel for the Brotherhood of Maintenance of Way Employes Division/IBT

March 13, 2006